IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

THOMAS ROACH,

    Plaintiff,

v.

JOHN SNOOK; NORTHWEST TRUSTEE SERVICES, INC.; CITIFINANCIAL, INC.,

    Defendants.

1:14-cv-00583-CL

**ORDER**

**PANNER, District Judge:**

    This matter comes before the Court on Plaintiff's Motion for a Temporary Restraining Order (TRO) (#28). The Court notes that this motion is identical to Plaintiff's earlier request for a TRO (#5). For the reasons set forth in my previous Order (#8), Plaintiff's Motion for TRO (#28) is DENIED.

    IT IS SO ORDERED.

    DATED this 24 day of September, 2014.

                                    OWEN M. PANNER
                                    U.S. DISTRICT JUDGE

1 - ORDER